Nicholas A. Carlin (State Bar No. 112532)
Meagan McKinley-Ball (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
nac@phillaw.com
mmb@phillaw.com

Attorneys for Plaintiff Vinyl Interactive, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINYL INTERACTIVE, LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY GUARINO, an individual, EDUCATIONDYNAMICS, LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No: CV 09-0987 ~~EDL~~ CW <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

## STIPULATION

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in Early Neutral Evaluation ("ENE") pursuant to ADR L.R. 5. The parties further agree to hold the ENE session within the presumptive deadline, which is 90 days from the date of the Order referring this case to ENE.

Dated: May 29 2009

PHILLIPS, ERLEWINE & GIVEN LLP

By: /s/ Nicholas A. Carlin
Nicholas A. Carlin
Attorneys for Vinyl Interactive, LLC

Dated: May 29, 2009

JACKSON LEWIS LLP

By: /s/
Mark Askanas
Attorneys for Educationdynamics, LLC

Dated: May ___, 2009

By: _____
Douglas Kahn
Attorney for Anthony Guarino

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated: _____, 2009        By: _____
United States District Court Judge

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, CA 94111
(415) 398-0900

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS— Case No CV 09-0987 EDL
S:\Clients\Vinyl Interactive\8349.2 (Guarino)\pld\adr-stip-052809.doc

## STIPULATION

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in Early Neutral Evaluation ("ENE") pursuant to ADR L.R. 5. The parties further agree to hold the ENE session within the presumptive deadline, which is 90 days from the date of the Order referring this case to ENE.

Dated: May ___, 2009     PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
Nicholas A. Carlin
Attorneys for Vinyl Interactive, LLC

Dated: May ___, 2009     JACKSON LEWIS LLP

By: _____
Mark Askanas
Attorneys for Educationdynamics, LLC

Dated: May 28, 2009

By: _____
Douglas Kahn
Attorney for Anthony Guarino

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated: __6/8__, 2009     By: _____
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS— Case No CV 09-0987 EDL