NICHOLAS A. CARLIN (State Bar No. 112532)
MEAGAN MCKINLEY BALL (State Bar No. 245375)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Flr.
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911

Attorneys for Plaintiff
VINYL INTERACTIVE, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINYL INTERACTIVE, LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY GUARINO, an individual, EDUCATIONDYNAMICS, LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No: 4:09-cv-00987-CW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

## **STIPULATION**

The undersigned, being counsel of record for the respective parties in this action, hereby stipulate that the parties have settled all claims between them.  The undersigned therefore request that the Court order this action dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: _____, 2009                          PHILLIPS, ERLEWINE & GIVEN LLP


                                                                        By:     _____
                                                                                  Nicholas A. Carlin
                                                                                  Attorneys for Plaintiff
                                                                                  VINYL INTERACTIVE, LLC


Dated: _____, 2009                          JACKSON LEWIS LLP


                                                                        By:     _____
                                                                                  Mark S. Askanas
                                                                                  Attorneys for Defendant
                                                                                  EDUCATION DYNAMICS LLC

Dated: _____, 2009                          LAW OFFICES OF DOUGLAS KAHN


                                                                        By:     _____
                                                                                  Douglas Kahn
                                                                                  Attorneys for Defendant
                                                                                  ANTHONY GUARINO

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Flr.
San Francisco, CA 94111
(415) 398-0900

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _10/6/09_____          _____
                                  UNITED STATES DISTRICT JUDGE

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Flr.
San Francisco, CA  94111
(415) 398-0900